

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2024

No. 04-24-00762-CV

**IN RE B&T DEPENDABLE SERVICES, LLC** and Bernell **GARDENER**

Original Proceeding[1]

### ORDER

On November 12, 2024, relators filed a petition for a writ of mandamus. This court has determined the relators are not entitled to the relief sought because they have an appellate remedy. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on November 27, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2018-CI-18528, styled *Edward Santos v. Bernell Gardener and B&T Dependable Services, LLC*, in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.